UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES DOMALESKI,

                Plaintiff,

-against-

PORT AUTHORITY TRANS HUDSON CORP.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2023
```

23 Civ. 290 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Case Management Conference scheduled for October 24, 2023, is ADJOURNED to **October 31, 2023, at 2:30 p.m.** The parties shall file a joint status letter not later than one week in advance of the conference.

    SO ORDERED.

Dated: September 12, 2023
       New York, New York

                                                  ANALISA TORRES
                                        United States District Judge