UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DOMALESKI,<br><br>                              Plaintiff(s),<br><br>                  v.<br><br>PORT AUTHORITY TRANS HUDSON CORP.,<br><br>                              Defendant(s). | 23-CV-290 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

As stated on the record at the post-discovery conference held on November 9, 2023, at 10:00 a.m. (E.T.), it is hereby ORDERED that should settlement negotiations fail, the following shall apply:

- By **February 20, 2024**, the parties are directed to file on ECF, as a "Joint Pretrial Statement," and submit by email to HoNYSDChambers@nysd.uscourts.gov, a proposed joint pretrial order, as outlined by Rule 5a of the Court's Individual Rules and Practices in Civil Cases.

- On **March 4, 2024, at 10:00 a.m. (E.T.)**, the parties are directed to participate in a final pretrial conference in-person at the following address: Thurgood Marshall Courthouse, 40 Foley Square, Courtroom 905.

- Trial will commence on **March 11, 2024, at 10:00 a.m. (E.T.)**. It will take place at the Thurgood Marshall Courthouse, 40 Foley Square, Courtroom 905.

SO ORDERED.

Dated: November 9, 2023
       New York, New York

                                                     DALE E. HO
                                            United States District Judge